UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
RYAN O'DELL,                                             :
                                                         :
       Plaintiff,                        :   Civ. No.      1:23-cv-1378
                                                         :
v.                                                       :
                                                         :
DUCK CREEK TECHNOLOGIES, INC.,                           :
WILLIAM BLOOM, KATHLEEN CRUSCO,                          :
JULIE DODD, MICHAEL JACKOWSKI,                           :
TALVIS LOVE, ROY MACKENZIE,                              :
STUART D. NICOLL, FRANCIS PELZER,                        :
SUNIL RAJASEKAR, and JASON WRIGHT,                       :
                                                         :
       Defendants.
---------------------------------------------------------

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Ryan O'Dell hereby voluntarily dismisses his individual claims in the above-captioned action (the "Action") with prejudice.  Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  April 7, 2023                    Respectfully submitted,

                                                         **MELWANI & CHAN LLP**

                                                         /s *Gloria Kui Melwani*
                                                         Gloria Kui Melwani (GM5661)
                                                         1180 Avenue of the Americas, 8th Floor
                                                         New York, New York 10036
                                                         Tel: (212) 382-4620
                                                         Email:  gloria@melwanichan.com

                                                         *Attorneys for Plaintiff*